UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH BRADFORD, | ) |
| Plaintiff, | ) )  |
| v. | ) No. 4:16-CV-521 JMB |
| JENNINGS POLICE DEPT., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal, post-appeal request for a copy of his sealed complaint. Plaintiff has not included a certified check with his motion.

Plaintiff's request will be denied. The Court does not provide free copies of documents, even to persons granted in forma pauperis status. Moreover, once a document is filed under seal with the Court, copies of a sealed document may not be sent electronically or through the mail. *See E.D.Mo. Admin. Procedures Man.* The document may only be viewed from within the Court system by Court personnel or a party to the case.

If plaintiff wishes to have a copy of another, unsealed document in the case, the Clerk's Office will make copies of unsealed documents at the rate of fifty cents (50¢) per page, prepaid.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a copy of the sealed complaint [Doc. #22] is **DENIED.**

Dated this 22nd day of February, 2017.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE